AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Western District of Tennessee

| United States of America | ) |
| v. | ) |
| | ) Case No. 24-20043 JPM-tmp |
| AUSTIN LINEBACK | ) |
| *Defendant* | ) |

ORIGINAL

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **AUSTIN LINEBACK**                                                               ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 2252A(a)(5)(B) - Knowingly possess material that contains an image of child pornography that was produced using materials that have been or shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

Date: 03/07/2024

*Issuing officer's signature*

City and state:   Memphis, Tennessee

WENDY R. OLIVER, CLERK OF COURT
*Printed name and title*

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* 3-12-24
at *(city and state)*  memphis TN

Date: 3-12-24

*Arresting officer's signature*

DUSM W. Fib
*Printed name and title*