```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
           WESTERN DIVISION
```
_____

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | ) |
|     **Plaintiff,** | ) |
| **v.** | )    No. 24-cr-20043-JPM-tmp |
| **AUSTIN LINEBACK,** | ) |
|     **Defendant.** | ) |

_____

**ORDER DIRECTING GOVERNMENT TO FILE RESPONSE**
_____

    Before the court is Defendant Austin Lineback's Sealed Motion to Suppress, filed on April 24, 2024. (ECF No. 27.) This motion was referred to the undersigned on April 25, 2024. (ECF No. 29.) The United States of America has not filed a response as of May 28, 2024. Pursuant to Local Rule 7.2(a)(2), the Government had a deadline of May 8, 2024, to file a response. Given that the response is now nearly three weeks late, the Government is ORDERED to file a response to Lineback's Motion to Suppress. The Government has until the end of business on Tuesday, June 4, 2024, to respond to Lineback's motion.

    IT IS SO ORDERED.

                                        s/Tu M. Pham
                                        TU M. PHAM
                                        Chief United States Magistrate Judge

                                        May 28, 2024
                                        Date